UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RUDOLF CALOIAN, | : | CASE NO. 18-59880-SMS |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee, | : | |
| | : | |
| Movant, | : | CONTESTED MATTER |
| | : | |
| v. | : | |
| | : | |
| RUDOLF CALOIAN | : | |
| | : | |
| Respondent. | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE THAT,** pursuant to 11 U.S.C. §§ 521, and 542, and Rules 4002 and 9014 of the Federal Rules of Bankruptcy Procedure, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Rudolf Caloian ("**Debtor**") filed *Trustee's Second Motion for Order (A) Compelling Debtor to (I) Perform His Statutory Duties and (II) Turn Over Property of the Bankruptcy Estate and (B) Prohibiting Debtor from Removing Fixtures or Property of the Bankruptcy Estate* (the "**Motion**"), to (a) compel Debtor to (i) perform the statutory duties required of him under 11 U.S.C. 521 and Rules 4002 and 7001, including fully cooperating with Trustee and his representatives in all respects and (ii) immediately turn over that certain real property known generally as 2081 Wildcat cliffs Lane, Lawrenceville, Gwinnett County, Georgia 30043 (the "**Property**") as required under 11 U.S.C. § 542, and (b) prohibit Debtor from removing any fixtures or appurtenances from the Property.

The Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

16060682v1

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1201, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 at 10:30 a.m. on March 10, 2021.

*Given the current public health crisis, <u>hearings may be telephonic only</u>. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."*

Your rights may be affected by the Court's ruling on this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the Court to grant the relief sought in this pleading or if you want the Court to consider your views, then you must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Suite 1340 Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the counsel for the Trustee, Michael J. Bargar, Arnall Golden Gregory, LLP, 171 17th Street, N.W., Suite 2100, Atlanta, Georgia  30363-1031.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: <u>*/s/ Michael J. Bargar*</u>
    Michael J. Bargar
    Ga. Bar No. 645709
    171 17th Street, N.W., Suite 2100
    Atlanta, Georgia 30363-1031
    (404) 873-8500
    michael.bargar@agg.com

16060682v1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served true and correct copies of the foregoing *Notice of Hearing* on *Trustee's Second Motion for Order (A) Compelling Debtor to (I) Perform His Statutory Duties and (II) Turn Over Property of the Bankruptcy Estate and (B) Prohibiting Debtor from Removing Fixtures or Property of the Bankruptcy Estate* by and delivering copies of the same via United States first class mail, postage prepaid, or by electronic mail, as noted, to the following persons or entities:

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Alaina Joseph
King & King Law, LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Rudolf Caloian
2081 Wildcat Cliffs Lane
Lawrenceville, GA 30043

This 3rd day of February, 2021.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

16060682v1