Certificate Number: 05781-GAN-DE-035390580

Bankruptcy Case Number: 18-59880



05781-GAN-DE-035390580

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2021, at 11:59 o'clock AM PST, Rudolf Caloian completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   February 22, 2021              By:      /s/Allison M Geving

                                       Name:    Allison M Geving

                                       Title:   President