

**IT IS ORDERED as set forth below:**

**Date: April 21, 2021**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RUDOLF CALOIAN, | : | CASE NO. 18-59880-SMS |
| | : | |
| Debtor. | : | |

**ORDER APPROVING SETTLEMENT UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On March 24, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Ruldolf Caloian ("**Mr. Caloian**"), filed his *Motion for Approval of Settlement Agreement under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 38] (the "**Motion**"), seeking an order, among other things, approving a settlement agreement (the "**Settlement Agreement**") between Trustee, on the one hand, and Mr. Caloian and Maria Caloian ("**Mrs. Caloian**" and with Mr. Caloian, the "**Caloians**"), on the other hand, wherein, *inter alia*,[1] the Caloians shall pay $75,000.00 (the

---

[1] The following is a summary of the Settlement Agreement and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the Settlement Agreement controls.

16457982v1

"**$75,000.00 Settlement Funds**") to Trustee for the interest of the Bankruptcy Estate (the "**Interest**") in that certain improved real property with a common address of 2081 Wildcat Cliffs Lane, Lawrenceville, GA 30043 (the "**Property**").  In return, the Interest of the Bankruptcy Estate in and to the Property shall be deemed abandoned upon the later of: (1) Trustee's receipt in full of the $75,000.00 Settlement Funds from the Caloians in good funds; and (2) this Order becoming final.[2]  The complete terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

On March 25, 2021, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 39] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-2018.  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on March 25, 2021.  [Doc. No. 40].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated herein.  It is further

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

16457982v1

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement Agreement. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by**:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-7030
Email: michael.bargar@agg.com

**Identification of entities to be served:**

Office of the United States Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Alaina Joseph
King & King Law, LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

16457982v1

Rudolf Caloian
2081 Wildcat Cliffs Lane
Lawrenceville, GA 30043

Tim Hurban
King & King Law, LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

16457982v1