UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RUDOLF CALOIAN, | : | CASE NO. 18-59880-SMS |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee, | : | |
| | : | |
| Movant, | : | CONTESTED MATTER |
| | : | |
| v. | : | |
| | : | |
| RUDOLF CALOIAN | : | |
| | : | |
| Respondent. | : | |

**WITHDRAWAL OF DOCUMENT**

COMES NOW S. Gregory Hays, as the Chapter 7 Trustee in the above-referenced case, and hereby withdraws the *Trustee's Second Motion for Order (A) Compelling Debtor to (I) Perform His Statutory Duties and (II) Turn Over Property of the Bankruptcy Estate and (B) Prohibiting Debtor from Removing Fixtures or Property of the Bankruptcy Estate* [Doc. No. 32].

Respectfully submitted this 21st day of April, 2021.

ARNALL GOLDEN GREGORY, LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
   Michael J. Bargar
   Georgia Bar No. 645709
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8500 / *michael.bargar@agg.com*
171 17th Street, NW., Suite 2100
Atlanta, Georgia 30363-1031

16465414v1

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, have served copies of the forgoing WITHDRAWAL OF DOCUMENT by depositing in the United States mail copies of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Alaina Joseph
King & King Law, LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Rudolf Caloian
2081 Wildcat Cliffs Lane
Lawrenceville, GA 30043


This 21st day of April, 2021.

/s/ Michael J. Bargar
Michael J. Bargar
Georgia Bar No. 645709

16465414v1