**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re:  CALOIAN, RUDOLF | § | Case No. 18-59880-SMS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/13/2018. The undersigned trustee was appointed on 06/14/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of             $          75,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 232.21 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 74,767.79 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/17/2019 and the deadline for filing governmental claims was 01/17/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,000.00, for a total compensation of $7,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $62.73 for total expenses of $62.73[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2021           By: /s/ S. Gregory Hays
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 18-59880-SMS | | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|---|
| Case Name: | CALOIAN, RUDOLF | | Date Filed (f) or Converted (c): | 06/13/2018 (f) |
| | | | § 341(a) Meeting Date: | 07/17/2018 |
| For Period Ending: | 06/24/2021 | | Claims Bar Date: | 01/17/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2081 Wildcat Cliffs Lane, Lawrenceville, GA 30043-0000, Gwinnett County<br>Equity in property sold to Debtor per settlement. Approved per Order, Dkt # 43. | 183,900.00 | 34,400.00 | | 75,000.00 | FA |
| 2 | 2004 Chevrolet Express Van 135, 130,000 miles<br>Notice of abandonment filed, Dkt # 12. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2008 Ford E-350, 164,786 miles<br>Notice of abandonment filed, Dkt # 12. | 1,600.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2010 Ford E-350, 190,516 miles<br>Notice of abandonment filed, Dkt # 12. | 3,000.00 | 600.00 | OA | 0.00 | FA |
| 5 | 2000 Plymouth Voyager, 170,000 miles<br>Notice of abandonment filed, Dkt # 12. | 600.00 | 0.00 | OA | 0.00 | FA |
| 6 | Electronics, Household Goods, and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and Shoes | 600.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Bank of America NA | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Wells Fargo Bank NA | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Tools of the trade<br>Notice of abandonment filed, Dkt # 12. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$194,000.00** | **$35,000.00** | | **$75,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2020     **Current Projected Date Of Final Report (TFR):** 06/24/2021 (Actual)

06/24/2021
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 18-59880-SMS | **Trustee Name:** | S. Gregory Hays (300320) | |
| **Case Name:** | CALOIAN, RUDOLF | **Bank Name:** | East West Bank | |
| **Taxpayer ID #:** | **-***9917 | **Account #:** | ******0400 Checking | |
| **For Period Ending:** | 06/24/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/30/21 | {1} | Rudolf Caloian | Purchase of Equity in real property. Approved per order, Dkt # 43. | 1110-000 | 75,000.00 | | 75,000.00 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 120.20 | 74,879.80 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 112.01 | 74,767.79 |
| | | **COLUMN TOTALS** | | | 75,000.00 | 232.21 | $74,767.79 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 75,000.00 | 232.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$75,000.00** | **$232.21** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)          ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-59880-SMS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | CALOIAN, RUDOLF | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***9917 | **Account #:** | ******0400 Checking |
| **For Period Ending:** | 06/24/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $75,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $75,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0400 Checking | $75,000.00 | $232.21 | $74,767.79 |
| | **$75,000.00** | **$232.21** | **$74,767.79** |

06/24/2021
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 18-59880-SMS        RUDOLF CALOIAN

Claims Bar Date: 01/17/19

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM1 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>04/21/21 | | $7,000.00<br>$7,000.00 | $0.00 | $7,000.00 |
| ADM2 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>04/21/21 | | $62.73<br>$62.73 | $0.00 | $62.73 |
| ADM3 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>06/23/21 | | $9,690.25<br>$9,690.25 | $0.00 | $9,690.25 |
| ADM4 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>06/23/21 | | $194.53<br>$194.53 | $0.00 | $194.53 |
| ADM5 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>06/23/21 | | $2,100.00<br>$2,100.00 | $0.00 | $2,100.00 |
| ADM6 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>06/23/21 | | $87.25<br>$87.25 | $0.00 | $87.25 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 18-59880-SMS            RUDOLF CALOIAN

Claims Bar Date: 01/17/19

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1P | Georgia Department of Revenue<br>Compliance Division, ARCS - Bankruptcy<br>1800 Century Blvd NE, Suite 9100<br>Atlanta, GA 30345<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>10/24/18 | | $7,474.89<br>$7,474.89 | $0.00 | $7,474.89 |
| 5P | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>11/02/18 | | $6,955.14<br>$6,955.14 | $0.00 | $6,955.14 |
| 1U | Georgia Department of Revenue<br>Compliance Division, ARCS - Bankruptcy<br>1800 Century Blvd NE, Suite 9100<br>Atlanta, GA 30345<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630<br>Section 726(a)(4) fines and penalties | Unsecured<br>10/24/18 | | $1,246.32<br>$1,246.32 | $0.00 | $1,246.32 |
| 2 | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/24/18 | | $1,835.29<br>$1,835.29 | $0.00 | $1,835.29 |
| 3 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/24/18 | | $12,119.26<br>$12,119.26 | $0.00 | $12,119.26 |
| 4 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/24/18 | | $7,999.91<br>$7,999.91 | $0.00 | $7,999.91 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

Case: 18-59880-SMS    RUDOLF CALOIAN

Claims Bar Date: 01/17/19

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5Ua | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/02/18 | | $304.94<br>$304.94 | $0.00 | $304.94 |
| 5Ub | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630<br>Claim under 726(a)(4) Fines and penalties | Unsecured<br>11/02/18 | | $494.79<br>$494.79 | $0.00 | $494.79 |
| 6 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/11/18 | | $2,168.00<br>$2,168.00 | $0.00 | $2,168.00 |
| 7 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/12/18 | | $653.00<br>$653.00 | $0.00 | $653.00 |
| 8 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/12/18 | | $1,191.58<br>$1,191.58 | $0.00 | $1,191.58 |
| 9 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/14/18 | | $12,382.80<br>$12,382.80 | $0.00 | $12,382.80 |

# Exhibit C

## Analysis of Claims Register

**Case:** 18-59880-SMS        **RUDOLF CALOIAN**

Claims Bar Date: 01/17/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/14/18 | | $927.63<br>$927.63 | $0.00 | $927.63 |
| 11 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/18/18 | | $2,262.98<br>$2,262.98 | $0.00 | $2,262.98 |
| 12 | Quantum3 Group LLC as agent for JHPDE Finance 1 LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/18/18 | | $5,991.37<br>$5,991.37 | $0.00 | $5,991.37 |
| 13 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/19/18 | | $610.37<br>$610.37 | $0.00 | $610.37 |
| 14 | Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/10/19 | | $3,155.26<br>$3,155.26 | $0.00 | $3,155.26 |
| | | | **Case Total:** | | $0.00 | $86,908.29 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 18-59880-SMS
Case Name: RUDOLF CALOIAN
Trustee Name: S. Gregory Hays

**Balance on hand:** $ 74,767.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 74,767.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 7,000.00 | 0.00 | 7,000.00 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 2,100.00 | 0.00 | 2,100.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 87.25 | 0.00 | 87.25 |
| Trustee, Expenses - S. Gregory Hays | 62.73 | 0.00 | 62.73 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 9,690.25 | 0.00 | 9,690.25 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 194.53 | 0.00 | 194.53 |

Total to be paid for chapter 7 administrative expenses: $ 19,134.76
Remaining balance: $ 55,633.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 55,633.03

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,430.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Georgia Department of Revenue | 7,474.89 | 0.00 | 7,474.89 |
| 5P | Internal Revenue Service | 6,955.14 | 0.00 | 6,955.14 |

Total to be paid for priority claims:   $   14,430.03
Remaining balance:   $   41,203.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $51,602.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 1,835.29 | 0.00 | 1,465.44 |
| 3 | Bank of America, N.A. | 12,119.26 | 0.00 | 9,676.88 |
| 4 | Bank of America, N.A. | 7,999.91 | 0.00 | 6,387.69 |
| 5Ua | Internal Revenue Service | 304.94 | 0.00 | 243.49 |
| 6 | PYOD, LLC | 2,168.00 | 0.00 | 1,731.08 |
| 7 | Ashley Funding Services, LLC | 653.00 | 0.00 | 521.40 |
| 8 | PYOD, LLC | 1,191.58 | 0.00 | 951.44 |
| 9 | American Express National Bank | 12,382.80 | 0.00 | 9,887.30 |
| 10 | American Express National Bank | 927.63 | 0.00 | 740.69 |
| 11 | American Express National Bank | 2,262.98 | 0.00 | 1,806.92 |
| 12 | Quantum3 Group LLC as agent for JHPDE Finance 1 LLC | 5,991.37 | 0.00 | 4,783.93 |
| 13 | Capital One, N.A. | 610.37 | 0.00 | 487.36 |
| 14 | Chase Bank USA, N.A. | 3,155.26 | 0.00 | 2,519.38 |

Total to be paid for timely general unsecured claims:   $   41,203.00
Remaining balance:   $   0.00

UST Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | |
|---|---|---|---|
| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,741.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Georgia Department of Revenue | 1,246.32 | 0.00 | 0.00 |
| 5Ub | Internal Revenue Service | 494.79 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |